**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE CHICAGO BEARS FOOTBALL CLUB, INC. and NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL,<br><br>                    Plaintiffs,<br><br>       -against-<br><br>MICHAEL HAYNES, JOE ODOM, CAMERON WORRELL and NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION,<br><br>                    Defendants. | Case No.: 11-cv-02668<br><br>Judge: Hon. Elaine E. Bucklo<br><br>Magistrate Judge: Hon. Michael T. Mason |

**PLAINTIFFS' MOTION FOR CONTEMPT**

Plaintiffs' The Chicago Bears Football Club, Inc. and National Football League Management Council, by their undersigned counsel, move this Court to enter an order of contempt against individual Defendants Michael Haynes, Joe Odom, and Cameron Worrell (the "Players") based on their violation of this Court's September 13, 2011 Order. Plaintiffs' respectfully request this Court enter an order holding the Players in civil contempt and award sanctions as set forth in the accompanying memorandum of law.

Dated: October 12, 2011          Respectfully submitted,

                                   /s/ Rex S. Heinke
                                   Rex S. Heinke *(Pro hac vice* granted*)*
                                   L. Rachel Helyar *(Pro hac vice* granted*)*
                                   Johanna R. Shargel *(Pro hac vice* granted*)*
                                   AKIN GUMP STRAUSS HAUER & FELD LLP
                                   2029 Century Park East, Suite 2400
                                   Los Angeles, CA 90067
                                   Telephone:   310.229.1000
                                   Facsimile:    310.229.1001

1

Daniel L. Nash (*Pro hac vice* granted)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone:    202.887.4000
Facsimile:    202.887.4288

Elizabeth A. Kaveny – ARDC #6211280
BURKE WISE MORRISSEY & KAVENY
161 N. Clark, Suite 2240
Chicago, IL 60601
Telephone:    312.580.2040
Facsimile:    312.580.2041

*Attorneys for the Chicago Bears Football Club, Inc.
and the National Football League Management
Council*