IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CHICAGO BEARS FOOTBALL CLUB, INC. and NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL,<br><br>Plaintiffs,<br><br>-against-<br><br>MICHAEL HAYNES, JOE ODOM, CAMERON WORRELL and NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION,<br><br>Defendants. | Case No.: 11-cv-02668<br>Judge: Hon. Elaine E. Bucklo<br>Magistrate Judge: Hon. Michael T. Mason |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **October 17, 2011**, at **9:30 a.m.** we shall appear before the Honorable Elaine E. Bucklo, in **Room 1441** of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, and then and there present *Plaintiffs' Motion for Contempt*, a copy of which is attached hereto.

DATED: October 12, 2011    Respectfully submitted,

By /s/ Elizabeth A. Kaveny

Elizabeth A. Kaveny – ARDC #6211280
BURKE WISE MORRISSEY & KAVENY
161 N. Clark. Suite 3250
Chicago. IL 60601
312.580.2040

Rex S. Heinke *(Pro hac vice* granted*)*
L. Rachel Helyar *(Pro hac vice* granted*)*
Johanna R. Shargel *(Pro hac vice* granted*)*
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   310.229.1000
Facsimile:    310.229.1001

Daniel L. Nash (*Pro hac vice* granted)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
Telephone:     202.887.4000
Facsimile:       202.887.4288

*Attorneys for the Chicago Bears Football Club, Inc. and the National Football League Management Council*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiffs' Motion for Contempt was electronically filed with the Clerk of Court using CM/ECF this 12th day of October 2011. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Elizabeth A. Kaveny